IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. PRICE,

        Plaintiff,              No. CIV S-05-2409 FCD EFB P

    vs.

BRIAN FLICKER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 7, 2006, and on October 5, 2006, plaintiff moved for entry of default against defendants pursuant to Fed. R. Civ. P. 55(a).  On August 4, 2006, defendants timely filed a motion to dismiss.  Accordingly, it is hereby ORDERED that plaintiff's September 7, 2006, and October 5, 2006, requests for entry of default are denied.

DATED:  December 12, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE