IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. PRICE,

     Plaintiff,                    No. CIV S-05-2409 FCD EFB P

     vs.

BRIAN FLICKER, et al.,

     Defendants.            ORDER

                            /

On June 4, 2007, plaintiff filed a request for production of documents.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

Plaintiff's June 4, 2007, request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

Dated: July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE