IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM J. PRICE,

       Plaintiff,                    No. CIV S-05-2409 FCD EFB P

    vs.

BRIAN FLICKER, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 19, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 19, 2008, are adopted in full; and

2. Defendants' March 27, 2007, motion to dismiss is granted; and

3. The Clerk is directed to close the case.

DATED: March 20, 2008.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE

2